IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:05CR284 |
| ) | |
| v. ) | |
| ) | **REPORT AND RECOMMENDATION** |
| TILOE C. WILLIAMS, ) | **AND ORDER** |
| ) | |
| Defendant. ) | |

At the conclusion of the hearing of November 1, 2005 and November 21, 2005, on defendant's Motion to Suppress (#13), I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Joseph F. Bataillon, United States District Judge, that the Motion to Suppress (#13) be denied in all respects.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause an expedited transcript of the hearing of November 1, 2005 and November 21, 2005, to be prepared and filed.

2. Pursuant to NECrimR 57.3, any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after the transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 21st day of November 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge