IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 8:05CR284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TILOE C. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's application to proceed without prepayment of fees. Filing No. 92. The court being fully advised finds that this motion should be granted.

THEREFORE, IT IS ORDERED that defendant's motion to proceed in forma pauperis, Filing No. 92, is hereby granted.

DATED this 18th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge