IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>TILOE C. WILLIAMS,<br><br>        Defendant. | 8:05CR284<br><br>ORDER |

Defendant Tiloe C. Williams (Williams) appeared before the court on June 1, 2015, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 111). Williams was represented by Mallory N. Hughes and the United States was represented by Assistant U.S. Attorney Donald J. Kleine. Through his counsel, Williams waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Williams should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 3:30 p.m. on July 2, 2015**. Defendant must be present in person.

DATED this 1st day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge